# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTOPHER KYLE BERK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1131

[July 16, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312013CF000094A.

Christopher Kyle Berk, Indian River, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and GERBER, JJ., CONCUR.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***